IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | |
|---|---|
| KATONNA MANNS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 5:20-cv-404-Oc-30PRL |
| | ) |
| FEDEX GROUND PACKAGE SYSTEM, INC., | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(c), I certify that the instant action:

____ IS        related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____
_____

  X   IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated: September 15, 2020

                                    Respectfully submitted,

                                    **THE LAW OFFICE OF MATTHEW BIRK**

                                    **/s/ Matthew W. Birk**
                                    **Matthew W. Birk**
                                    Florida Bar No.: 92265
                                    309 NE 1st Street
                                    Gainesville, FL  32601
                                    (352) 244-2069
                                    (352) 372-3464 FAX
                                    ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the above and foregoing was furnished by CM/ECF to all counsel of record this 15th day of September, 2020.

                                                                        **/s/ Matthew W. Birk**
                                                                       **Matthew W. Birk**