## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| KATONNA MANNS, | ) |
| Plaintiff, | ) Case No. 5:20-cv-00404-JSM-PRL |
| v. | ) |
| FedEx Ground Package System, Inc., | ) |
| Defendant. | ) |

## DEFENDANT FEDEX GROUND PACKAGE SYSTEM, INC.'S ANSWER AND ADDITIONAL DEFENSES TO PLAINTIFF'S COMPLAINT

Defendant FedEx Ground Package System, Inc. (hereinafter "FedEx Ground"), by and through its counsel, answers Plaintiff's Complaint, ("Complaint"), as follows:

## GENERAL ALLEGATIONS

1. FedEx Ground admits only that Plaintiff, Katonna Manns, ("Plaintiff" or "Manns") alleges and brings this action to recover damages, attorney fees, and other relief under 42 U.S.C. Sec. 1981, Title VII of the Civil Rights Act of 1964, the Family and Medical Leave Act, and the Florida Civil Rights Act. By way of further answer, Paragraph 1 contains legal conclusions which do not require a response. To the extent a response is required, FedEx Ground denies the allegations in Paragraph 1. Moreover, FedEx Grounds denies any violations 42 U.S.C. Sec. 1981, Title VII of the Civil Rights Act of 1964, the Family and Medical Leave Act, and the Florida Civil Rights Act.

2. FedEx Ground is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 2, and therefore denies them.

3. FedEx Grounds admits paragraph 3.

## BACKGROUND

4. FedEx Ground admits paragraph 4.

5. Paragraph 5 contains legal conclusions which do not require a response. To the extent a response is required, FedEx Ground denies the allegations in Paragraph 5.

6. Paragraph 6 contains legal conclusions which do not require a response. To the extent a response is required, FedEx Ground admits only that federal question jurisdiction is governed by 28 U.S.C. Sec. 1331.

7. FedEx Ground is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 7, and therefore denies them.

8. FedEx Ground denies the allegations in Paragraph 8.

9. FedEx Ground denies the allegations in Paragraph 9.

10. It is admitted that Plaintiff requested and was afforded an accommodation with respect to lifting restrictions.

11. FedEx Ground denies the allegations in Paragraph 11.

12. FedEx Ground denies the allegations in Paragraph 12.

13. FedEx Ground denies the allegations in Paragraph 13.

14. FedEx Ground denies the allegations in Paragraph 14.

15. FedEx Ground is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 15, and therefore denies them.

16. FedEx Ground denies the allegations in Paragraph 16.

17. FedEx Ground admits only that Plaintiff's employment was terminated. FedEx Ground otherwise denies the allegations contained in paragraph 17.

18. Paragraph 18 contains legal conclusions which do not require a response. To the extent a response is required, FedEx Ground denies the allegations in Paragraph 18.

19. FedEx Ground is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 19, and therefore denies them. By way of further response, FedEx Ground notes that Plaintiff has failed to mention let alone adequately plead that she has exhausted her administrative remedies as required.

## COUNT I

## VIOLATION OF THE FAMILY MEDICAL LEAVE ACT

20. FedEx Ground incorporates by reference its responses to all previous paragraphs in the Complaint.

21. Paragraph 21 contains legal conclusions which do not require a response. To the extent a response is required, FedEx Ground denies the allegations in Paragraph 21.

22. FedEx Ground is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 22, and therefore denies them.

23. FedEx Ground denies the allegations in Paragraph 23.

24. Paragraph 24 contains legal conclusions which do not require a response. To the extent a response is required, FedEx Ground denies the allegations in Paragraph 24.

25. FedEx Ground is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25, and therefore denies them.

26. Paragraph 26 contains legal conclusions which do not require a response. To the extent a response is required, FedEx Ground denies the allegations in Paragraph 26.

27. FedEx Ground denies the allegations in Paragraph 27.

28. Paragraph 28 contains legal conclusions which do not require a response. To the extent a response is required, FedEx Ground denies the allegations in Paragraph 28.

29. Paragraph 29 contains legal conclusions

30. which do not require a response. To the extent a response is required, FedEx Ground denies the allegations in Paragraph 29.

The WHEREFORE clause on p. 5 (Section I) of the Complaint contains legal conclusions which do not require a response. To the extent a response is required, FedEx Ground denies the allegations in this WHEREFORE clause.

## COUNT II
## VIOLATION OF 42 U.S.C. Sec. 1981

31. FedEx Ground incorporates by reference its responses to all previous paragraphs in the Complaint.

32. FedEx Ground admits that Plaintiff identifies her race as black. FedEx Grounds otherwise denies the allegations contained in paragraph 31.

33. FedEx Ground denies the allegations in Paragraph 32.

The WHEREFORE clause on p. 6 (Section II) of the Complaint contains legal conclusions which do not require a response. To the extent a response is required, FedEx Ground denies the allegations in this WHEREFORE clause.

## COUNT III
## VIOLATION OF TITLE VII

34. FedEx Ground incorporates by reference its responses to all previous paragraphs in the Complaint.

35. FedEx Ground admits that Plaintiff identifies her race as black. FedEx Grounds otherwise denies the allegations contained in paragraph 34.

36. FedEx Ground denies the allegations in Paragraph 35.

The WHEREFORE clause on p. 6 (Section III) of the Complaint contains legal conclusions which do not require a response. To the extent a response is required, FedEx Ground denies the allegations in this WHEREFORE clause.

## COUNT IV
## FLORIDA CIVIL RIGHTS ACT

37. FedEx Ground incorporates by reference its responses to all previous paragraphs in the Complaint.

38. FedEx Ground admits that Plaintiff identifies her race as black. FedEx Grounds otherwise denies the allegations contained in paragraph 37.

39. FedEx Ground denies the allegations in Paragraph 38.

The WHEREFORE clause on p. 7 (Section IV) of the Complaint contains legal conclusions which do not require a response. To the extent a response is required, FedEx Ground denies the allegations in this WHEREFORE clause.

## COUNT V
## TITLE VII-RETALIATION

40. FedEx Ground incorporates by reference its responses to all previous paragraphs in the Complaint.

41. FedEx Ground admits that Plaintiff identifies her race as black. By way of further response, FedEx Ground admits that Plaintiff complained of alleged racist activity and those complaints were investigated and were not substantiated. FedEx Grounds otherwise denies the allegations contained in paragraph 40.

42. FedEx Ground denies the allegations in Paragraph 41.

The WHEREFORE clause on p. 8 (Section V) of the Complaint contains legal conclusions which do not require a response. To the extent a response is required, FedEx Ground denies the allegations in this WHEREFORE clause.

## COUNT VI
## FLORIDA CIVIL RIGHTS ACT-RETALIATION

43. FedEx Ground incorporates by reference its responses to all previous paragraphs in the Complaint.

44. FedEx Ground admits that Plaintiff identifies her race as black. By way of further response, FedEx Ground admits that Plaintiff complained of alleged racist activity and those complaints were investigated and were not substantiated. FedEx Grounds otherwise denies the allegations contained in paragraph 43.

45. FedEx Ground denies the allegations in paragraph 44.

The WHEREFORE clause on p. 8-9 (Section VI) of the Complaint contains legal conclusions which do not require a response. To the extent a response is required, FedEx Ground denies the allegations in this WHEREFORE clause.

## **GENERAL DENIAL**

FedEx Ground denies each allegation in the Complaint that is not expressly admitted.

## **ADDITIONAL OR AFFIRMATIVE DEFENSES**

Standing fully on its right to plead defenses in the alternative, FedEx Ground asserts the following additional or affirmative defenses and reserves the right to amend this Answer to assert other and further additional or affirmative defenses when and if, in the course of discovery and preparation for trial, it becomes appropriate. By designating these matters as "defenses," FedEx Ground does not suggest either that Plaintiff does not bear the burden of pleading, production, or proof as to such matters or that such matters are not elements that Plaintiff must establish in order to make a *prima facie* case on his claims against FedEx Ground. Nothing stated herein is intended or shall be construed as an admission that any particular issue or subject matter is relevant to the Plaintiff's allegations.

As additional defenses, FedEx Ground alleges as follows:

1. The claims of Plaintiff are barred, in whole or in part, to the extent they have been filed beyond any applicable statute of limitations.

2. The claims of plaintiff are barred to the extent she has failed to satisfy the conditions precedent or exhausted her administrative remedies. As noted above, Plaintiff fails to address exhaustion of administrative remedies in the instant complaint.

3. All allegations in Plaintiff's Complaint outside the scope of the charge of employment discrimination filed with the EEOC should be dismissed.

4. The claims of Plaintiff are barred, in whole or in part, for failure to state a cause of action upon which relief may be granted.

5. The claims of Plaintiff are barred, in whole or in part, by the doctrines of res judicata, collateral estoppel, claim preclusion, and/or issue preclusion.

6. The claims of Plaintiff are barred or reduced by his failure to mitigate or avoid his damages, if any.

7. The claims of Plaintiff are barred, in whole or in part, by the doctrines of unclean hands, laches, waiver, estoppel, accord and satisfaction and/or other equitable defenses.

8. If any discriminatory or harassing or retaliatory conduct occurred, which FedEx Ground denies, FedEx Ground exercised reasonable care to prevent and correct promptly any such conduct of which it was aware and Plaintiff has unreasonably failed to take advantage of all preventive and corrective opportunities provided or to otherwise avoid the harm she alleges.

9. FedEx Ground is not liable for punitive damages because neither FedEx Ground nor any managerial agent of FedEx Ground, including any of its employees sufficiently high in its corporate hierarchy, committed any act with malice or reckless indifference to Plaintiff's protected rights, or approved, authorized or ratified, or had actual knowledge of any such acts.

10. FedEx Ground denies that an impermissible factor had any role in the decisions relating to Plaintiff. Alternatively, even if some impermissible motive was a factor in any of those decisions, the same decisions would have been reached for legitimate business reasons.

11. FedEx Ground engaged in good faith efforts to comply with the FMLA. Moreover, the conduct complained of by Plaintiff, if performed or carried out, was performed or carried out in good faith based upon reasonable grounds for believing that such conduct was not in violation of the FMLA and, therefore, Plaintiff fails to state a claim for punitive damages.

12. FedEx Ground has in place a policy against harassment, retaliation, and discrimination, and Plaintiff unreasonably failed to take advantage of preventive or corrective opportunities provided by FedEx Ground, or otherwise to avoid harm, including failing to complain of or report any discriminatory, harassing or retaliatory conduct.

13. All actions by FedEx Ground with respect to Plaintiff were taken for legitimate, non-discriminatory, non-retaliatory business reasons.

14. Some or all of the purported claims and/or relief sought in the Complaint are barred because FedEx Ground's actions were neither outrageous nor extreme and were not beyond all possible bounds of decency.

## RESERVATION OF RIGHTS

FedEx Ground has not knowingly or intentionally waived any applicable defenses, and it reserves the right to amend its Answer and Additional Defenses as warranted through the discovery process and to assert additional defenses that may become known to it.

## PRAYER FOR RELIEF

FedEx Ground respectfully requests that the Court dismiss Plaintiff's Complaint with prejudice, that the Court find that Plaintiff is not entitled to any judgment or relief, that the Court enter judgment in favor of FedEx Ground, and that the Court award FedEx Ground its costs and

attorneys' fees incurred in defending this action, and such other and further relief as the Court deems just and proper

                                          Respectfully submitted,

                                          *s/ Lisa McGlynn*
                                          Lisa Ann McGlynn, Esq.
                                          Florida Bar No. 0056327
                                          lmcglynn@fisherphillips.com
                                          101 East Kennedy Blvd., Suite 2350
                                          Tampa, Florida 33602
                                          Tel: (813) 769-7500
                                          Fax: (813) 769-7501

                                          *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of November, 2020, the above and foregoing document was filed and served via the Court's ECF filing system to the following counsel of record:

Matthew Birk, Esq.
THE LAW OFFICE OF MATTHEW BIRK
309 NE 1st Street
Gainesville, FL 32601
mbirk@gainesvilleemploymentlaw.com

                                          *s/ Lisa McGlynn*

FP 39201775.1